Opinion issued March 6, 2003








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00075-CV

____________


NANCY LEVINE, ET AL., Appellants


V.


SOUTHWESTERN BELL INTERNET SERVICES, INC., ET AL., Appellees






On Appeal from the 334th District Court

Harris County, Texas

Trial Court Cause No. 0112875






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss this appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R. App.
P. 42.1(a).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1

PER CURIAM

Panel consists of Justices Hedges, Alcala, and Hanks.